Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; VIRGIN
RECORDS AMERICA, INC.; SONY BMG
MUSIC ENTERTAINMENT; ELEKTRA
ENTERTAINMENT GROUP INC.; BMG
MUSIC; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

   Plaintiffs,

v.

JOHN DOE,

   Defendant.

CASE NO. CV 08 1046 EDL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:

6    The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
7 BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
8 Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
9 Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
10 which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

11    The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS
12 AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music
13 Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings
14 BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;
15 and EMI Group Limited.

16    The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
17 ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
18 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
19 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
20 Corporation is publicly traded in the U.S.

21    The following companies are parents of, or partners in Plaintiff ELEKTRA
22 ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
23 Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music
24 Group Corp. is publicly traded in the U.S.

25    The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
26 Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
27 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
28

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35662 v1

1  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
2  Corporation is publicly traded in the U.S.
3      The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
4  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
5  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
6  publicly traded. Vivendi S.A. is publicly traded in France.

9  Dated:  February 21, 2008
                                                   HOLME ROBERTS & OWEN LLP

By _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
ARISTA RECORDS LLC; VIRGIN RECORDS
AMERICA, INC.; SONY BMG MUSIC
ENTERTAINMENT; ELEKTRA
ENTERTAINMENT GROUP INC.; BMG
MUSIC; and UMG RECORDINGS, INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35662 v1