1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; VIRGIN
7  RECORDS AMERICA, INC.; SONY BMG
   MUSIC ENTERTAINMENT; ELEKTRA
8  ENTERTAINMENT GROUP INC.; BMG
   MUSIC; and UMG RECORDINGS, INC.
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | CASE NO. CV 08 1046<br><br>**EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#35664 v1

1  Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26
2  and 45, the Declaration of Carlos Linares, and the authorities cited in the supporting Memorandum
3  of Law, hereby apply *ex parte* for an Order permitting Plaintiffs to take immediate discovery.
4  In support thereof, Plaintiffs represent as follows:
5  Plaintiffs, record companies who own the copyrights in the most popular sound recordings in
6  the United States, seek leave of the Court to serve limited, immediate discovery on a third party
7  Internet Service Provider ("ISP") to determine the true identity of Defendant John Doe, who is being
8  sued for direct copyright infringement.[1]
9  As alleged in the complaint, Defendant John Doe, without authorization, used an online
10 media distribution system to download Plaintiffs' copyrighted works and/or distribute copyrighted
11 works to the public. Although Plaintiffs do not know the true name of Defendant John Doe,
12 Plaintiffs have identified Defendant by a unique Internet Protocol ("IP") address assigned to
13 Defendant on the date and time of Defendant's infringing activity.
14 Plaintiffs intend to serve a Rule 45 subpoena on the ISP seeking documents that identify
15 Defendant's true name, current (and permanent) address and telephone number, e-mail address, and
16 Media Access Control ("MAC") address. Without this information, Plaintiffs cannot identify
17 Defendant John Doe or pursue their lawsuit to protect their copyrighted works from repeated
18 infringement.
19 Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a Rule
20 26(f) conference where there are no known defendants with whom to confer.

---

[1] Because Plaintiffs do not yet know Defendant's true identity, Plaintiffs are unable to personally serve Defendant with a copy of this motion. Instead, Plaintiffs will serve the Clerk of Court pursuant to Fed. R. Civ. P. 5(b)(2)(C) ("If the person served has no known address, [service under Rule 5(a) is made by] leaving a copy with the clerk of the court.") and will serve Defendant's ISP with a copy of this motion. Additionally, if the Court grants this motion, Plaintiffs will ask the ISP to notify the Defendants of the subpoena and provide Defendant with an opportunity to object.

1

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#35664 v1

1 | WHEREFORE, Plaintiffs apply *ex parte* for an Order permitting Plaintiffs to conduct the
2 | foregoing requested discovery immediately.

3

4 | Dated:   February 21, 2008         HOLME ROBERTS & OWEN LLP

5

6 |                                    By _____
7 |                                    MATTHEW FRANKLIN JAKSA
  |                                    Attorney for Plaintiffs
8 |                                    ARISTA RECORDS LLC; VIRGIN RECORDS
  |                                    AMERICA, INC.; SONY BMG MUSIC
9 |                                    ENTERTAINMENT; ELEKTRA
  |                                    ENTERTAINMENT GROUP INC.; BMG
10|                                    MUSIC; and UMG RECORDINGS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#35664 v1