Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

CV 08 1046   EDL

ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

Plaintiffs,

v.

JOHN DOE,

Defendant.

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3    ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4  Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5  documents that identify Defendant John Doe, including the name, current (and permanent) address
6  and telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7  disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

11

12 DATED: _____    By: _____
13                                        United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28