**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARISTA RECORDS LLC, et al.,

    Plaintiffs,    No. 08-01046 EDL

  v.    CLERK'S NOTICE

JOHN DOE,

    Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for May 27, 2008 has been **reset to May 28, 2008 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than May 21, 2008.

Dated: April 9, 2008

                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk

                           by: _____
                                  Lili M. Harrell
                                  Courtroom Deputy