**United States District Court**
For the Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

ARISTA RECORDS LLC, et al,

8

Plaintiff,                                    No. C 08-01046  EDL

9

v.                                            CLERK'S NOTICE

10

JOHN DOE,

11

Defendant.

12

_____/

13

TO ALL PARTIES AND COUNSEL OF RECORD:

14

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for May 28, 2008

15

has been continued to **June 3, 2008 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th

16

Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no

17

later than May 27, 2008.

18

19

Dated:  May 16, 2008

20

FOR THE COURT,
Richard W. Wieking, Clerk

21

22

by: _____

23

Lili M. Harrell
Courtroom Deputy

24

25

26

27

28