Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:        matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CASE NO. 3:08-CV-01046-EDL<br><br>**Honorable Elizabeth D. Laporte**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

---

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:08-cv-01046-EDL
#37860 v1


1    Plaintiffs respectfully request that the Court continue the case management conference currently set for June 3, 2008 at 10:00 a.m. to September 2, 2008.  As further explained below, Plaintiffs have discovered the identity of the Doe defendant in this case and the parties have reached a provisional settlement.  In support of their request, Plaintiffs state as follows:

2.    1.    The initial case management conference is set for June 3, 2008 at 10:00 a.m.  Plaintiffs have not requested any previous continuances of the case management conference in this matter.  The Court, of its own accord, rescheduled the conference from May 27, 2008 to the presently scheduled date.

   2.    Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on February 21, 2008.  Plaintiffs did not have sufficient identifying information to name the defendant individually in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

   3.    In order to determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on February 21, 2008, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

   4.    The Court entered an Order for Leave to take Immediate Discovery on March 13, 2008, which Plaintiffs then served upon the ISP along with a Rule 45 subpoena.

   5.    On April 14, 2008, Plaintiffs received a letter from the Doe defendant's attorney, apparently in response to the notice of subpoena forwarded by the ISP.  Thereafter, settlement discussions took place and Plaintiffs believe that a settlement has been reached.  Settlement documents were mailed on May 13, 2008, but have not yet been executed and returned to Plaintiffs.

   6.    If the signed settlement documents are returned by June 27, 2008 or shortly thereafter, Plaintiffs will file appropriate dispositional documents with the Court.  If not, Plaintiffs plan to file a First Amended Complaint naming the individual identified by the ISP as the defendant in this case, and then proceed to serve process upon her.

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:08-cv-01046-EDL
#37860 v1

7.     Given the foregoing circumstances, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for June 3, 2008 at 10:00 a.m. to September 2, 2008.

Dated:  May 23, 2008                                        HOLME ROBERTS & OWEN LLP


                                                            By: _____*/s/ Matthew Franklin Jaksa*___
                                                                  MATTHEW FRANKLIN JAKSA
                                                                  Attorney for Plaintiffs

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for June 3, 2008 at 10:00 a.m. be continued to September 2, 2008.




Dated: _____          By: _____
                                                                  Honorable Elizabeth D. Laporte
                                                                  United States Magistrate Judge