Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          dawniell.zavala@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br>　　　　　　Defendant. | CASE NO. 3:08-CV-01046-EDL<br><br>Honorable Elizabeth D. Laporte<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1   Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice their
2   copyright infringement claim against Defendant John Doe, also identified as ID # 131832657 with
3   IP address 169.233.33.201 2007-06-05 00:26:50 EDT, each party to bear its/his own fees and costs.
4   The Clerk of Court is respectfully requested to close this case.

Dated: June 20, 2008                                    HOLME ROBERTS & OWEN LLP

By:   */s/ Dawniell Alise Zavala*
     Dawniell Alise Zavala
     Attorneys for Plaintiffs
     ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; and UMG RECORDINGS, INC.

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. 3:08-cv-01046-EDL
#38301 v1